| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| Weintraub Tobin Chediak Coleman Grodin<br>Marvin Gelfand (SBN 53586)<br>Anjani Mandavia (SBN 94092)<br>9665 Wilshire Blvd., Ninth Floor<br>Beverly Hills, CA 90212<br>Ph: (310) 858-7888<br>Fax: (310) 550-7191<br>mgelfand@weintraub.com; amandavia@weintraub.com<br>ATTORNEYS FOR: Plaintiff |

FILED 2012 AUG -9 PM 1:07 CLERK U.S. DISTRICT COURT CENTRAL LOS ANGELES CA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMOWA GmbH, a German corporation<br><br>Plaintiff(s),<br>v.<br>MARVEL ENTERTAINMENT LLC, a Delaware limited liability company. BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation, and HOT TOYS LIMITED, a Hong Kong company,<br>Defendant(s). | CASE NUMBER:<br>CV12-06651 MWF (FMOx)<br><br>AMENDED<br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for plaintiff RIMOWA GmbH, a German corporation (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| RIMOWA GmbH, a German corporation | Plaintiff |
| MARVEL ENTERTAINMENT LLC, a Delaware limited liability company | Defendant |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation | Defendant |
| HOT TOYS LIMITED, a Hong Kong company | Defendant |

August 9, 2012
Date

Sign *(signature)*
Marvin Gelfand

Attorney of record for Plaintiff RIMOWA GmbH, a German corproation

CV-30 (04/10)   NOTICE OF INTERESTED PARTIES   American LegalNet, Inc. www.FormsWorkFlow.com