WEINTRAUB TOBIN CHEDIAK
  COLEMAN GRODIN
Anjani Mandavia (SBN 94092)
*amandavia@weintraub.com*
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax:         (310) 550-7191

Attorneys for Plaintiff RIMOWA GmbH

Gordon A. Goldsmith (SBN 104023)
Alexander A. Myers (SBN 218898)
500 South Buena Vista Street
Burbank, California 91521-1495
Email: *Gordon.Goldsmith@Disney.com*
       *Alec.Myers@Disney.com*
Telephone: (818) 560-4795

Attorneys for Defendants, BUENA VISTA HOME ENTERTAINMENT, INC. and MARVEL ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RIMOWA GmbH, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARVEL ENTERTAINMENT LLC, a Delaware limited liability company; BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; and HOT TOYS LIMITED, a Hong Kong company,<br><br>Defendants. | CASE No. CV12-6651 JGB (FMOx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(F.R.Civ.P. Rule 41(a)(1))<br><br><br><br>Action Filed:  August 12, 2012<br>Trial Date:    None Set |

4346712v1

STIPULATION OF DISMISSAL WITH PREJUDICE

1  The parties to this action hereby stipulate to dismiss this action with prejudice in its entirety and as against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

DATED: January 23, 2013

By: _____
Anjani Mandavia
Attorneys for Plaintiff RIMOWA GmbH

DATED: January 23, 2013

By: _____
Gordon A. Goldsmith
Attorney for Defendants BUENA VISTA
HOME ENTERTAINMENT, INC. and
MARVEL ENTERTAINMENT, LLC

4346712v1

STIPULATION OF DISMISSAL WITH PREJUDICE