JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RIMOWA GmbH, a German corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>MARVEL ENTERTAINMENT LLC, a Delaware limited liability company; BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; and HOT TOYS LIMITED, a Hong Kong company,<br><br>             Defendants. | CASE No. CV12-6651 JGB (FMOx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Action Filed:   August 12, 2012<br>Trial Date:       None Set |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety and as against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

DATED:  1/25/13 _____

_____
The Honorable Jesus G. Bernal

JS-6

4346715v1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE